**NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-18-0000410
18-JUL-2018
11:23 AM**

NO. CAAP-18-0000410

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee,
v.
CHAD KAWAKAMI, Defendant-Appellant.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CR. NO. 1CPC-17-0001122)

ORDER APPROVING THE JULY 2, 2018 STIPULATION FOR DISMISSAL
(By: Fujise, Presiding Judge, Reifurth and Chan, JJ.)

Upon consideration of the Stipulation for Dismissal of Appeal, filed July 2, 2018, by Defendant-Appellant Chad Kawakami (Kawakami), it appears that (1) the appeal has not been docketed; (2) pursuant to Hawai'i Rules of Appellate Procedure (HRAP) Rule 42(b), the parties stipulate to dismiss the appeal; (3) the stipulation is dated and signed by counsel for all parties appearing in the appeal; (4) attached to the stipulation is Kawakami's declaration showing he understands the consequences of voluntary dismissal, consistent with HRAP Rule 42(c); and (5) because the appeal has not been docketed, dismissal is authorized by HRAP Rule 42(a) and (c).

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved, and the appeal is dismissed.

DATED: Honolulu, Hawaiʻi,  July 18, 2018.

Presiding Judge

Associate Judge

Associate Judge